465 A.2d 46

Commonwealth v. Stolle, Appellant.
Reargument Denied Sept. 26, 1983.

Petition for Allowance of Appeal
Denied Feb. 8, 1984.

Submitted March 1, 1982. Burton A. Rose, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, BECK and HOFFMAN, JJ.

Judgment of sentence affirmed.

463 A.2d 44

Commonwealth v. Tucker, Appellant.

Argued December 7, 1982. John M. Corcoran, for appellant; Michael Clarke, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, WICKERSHAM and LIPEZ, JJ.

Judgment of sentence affirmed.